IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWIN ARMANDO ALVAREZ JR.,

    Plaintiff,

v.

MICHAEL HENNESSEY, et al.,

    Defendants.
    _____/

No. C 07-00176 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file. No filing fee is due.

    IT IS SO ORDERED.

Dated: 9/17/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\Alvarez0176.DISIFP.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EDWIN ARMANDO ALVAREZ JR,

    Plaintiff,

v.

MICHAEL HENNESSEY et al,

    Defendant.

Case Number: CV07-00176 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edwin Armando Alvarez F28203
California State Prison San Quentin
San Quentin,  CA 94974

Dated: September 17, 2007

                                Richard W. Wieking, Clerk
                                By: Sheilah Cahill, Deputy Clerk